**MARTIN CLEARWATER & BELL, LLC**
220 EAST 42ND STREET
NEW YORK, NY 10017
TELEPHONE (212) 697-3122
FACSIMILE (212) 949-7054

GREGORY B. REILLY
PARTNER

DIRECT DIAL: (212) 916-0920
E-MAIL: gregory.reilly@mcblaw.com

February 27, 2015

**VIA ECF**

Honorable Magistrate Judge Marilyn D. Go
United States District Court
225 Cadman Plaza East
Room 1214-S
Brooklyn, New York 11201

  Re: **Eleno Mendez, et al. v. Rosangem Restaurant Inc. d/b/a Casa Pepe Restaurant, et al.**
    Index No. 14-CV-4080
    MCB File No. 08050-083836

Dear Magistrate Judge Go:

  On behalf of Rosangem Restaurant, Inc. d/b/a Casa Pepe Restaurant and Geminiano Sanz (collectively, "Casa Pepe") we respond to Your Honor's request that Casa Pepe advise whether it will voluntarily produce the summary analysis, which is referenced in Plaintiffs' counsel's February 6th letter.

  For the reasons set forth in Casa Pepe's February 13, 2015 letter to the Court, Casa Pepe respectfully declines to voluntarily produce the summary analysis. We respectfully submit that Plaintiffs' counsel has not met the applicable standards of "substantial need" or "undue hardship" as all of the underlying documents have been produced, and he can (if he wishes) create his own report and analysis.

GBR/np
2442771_1

Honorable Magistrate Judge Go
January 27, 2015
Page 2

      Thank you for your consideration.

                                       Respectfully submitted,

                                       MARTIN CLEARWATER & BELL LLP

                                       /s/
                                       Gregory B. Reilly

cc: Peter Cooper, Esq.   (via ECF)

2442771_1